## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CSC BRANDS, LP and<br>CAMPBELL SOUP COMPANY,<br><br>      Plaintiffs,<br><br>   v.<br><br>NATIONAL HARVEST FOOD GROUP,<br>LLC.,<br><br>      Defendant. | Civil Action No.: |

### COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT

Plaintiffs, CSC Brands, LP and Campbell Soup Company (collectively, "Campbell" or "Plaintiffs"), bring this declaratory judgment action against Defendant National Harvest Food Group, LLC ("National Harvest") pursuant to 28 U.S.C. § 2201(a) and Fed. R. Civ. P. Rule 57. Campbell seeks a judgment declaring that its use of "Fully Loaded" as a variety designation on and in connection with a line extension of Plaintiffs' Campbell's® Chunky™ brand of soup products is not likely to cause confusion, mistake, or deception as to (1) the affiliation, connection, or association of Campbell with National Harvest or (2) the origin, sponsorship, or approval of Campbell's goods.

### THE PARTIES

1.      Plaintiff CSC Brands, LP ("CSC Brands") is a Delaware Limited Partnership having a principle place of business at One Campbell Place, Camden, New Jersey 08103 and an office at 200 Continental Drive, Suite 102, Newark, Delaware 19713.

2.      Plaintiff Campbell Soup Company, a company related to CSC Brands, is a New Jersey corporation with a place of business at One Campbell Place, Camden, New Jersey 08103.

3.     Defendant National Harvest is a Delaware Limited Liability Corporation having a place of business at 1783 Sunset Boulevard, Suite A210, Pacific Palisades, CA 90272.  National Harvest's registered agent for service of process is: Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

## JURISDICTION AND VENUE

4.     This is an action for declaratory judgment pursuant to 28 U.S.C. § 2201(a) and Fed. R. Civ. P. Rule 57 for a declaration of the rights and other legal relations of the parties to this litigation with respect to an actual controversy arising under the trademark law of the United States, 15 U.S.C. § 1051, *et. seq.*

5.     This Court has subject matter jurisdiction under the Trademark Act of 1946, 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 (general federal question), 1337 (interstate commerce), and 1338 (trademarks).

6.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c) as defendant resides in this judicial district.

## FACTS

7.     Campbell Soup Company, through its affiliates (collectively "Campbell Soup"), is the world's leading manufacturer of soup.  Among its leading varieties of soup are chicken noodle, tomato, and cream of mushroom.  Campbell Soup has built a successful business as a result of its reputation for high quality, distinctively packaged products, and retail sales of its condensed soup products currently exceed $900 million per year.

8.     In August 2007, Campbell Soup introduced a new line of Campbell's® Chunky™ soups titled Campbell's® Chunky™ Fully Loaded soups.  The adjective "fully loaded" as used on Campbell's® Chunky™ Fully Loaded soups was selected to convey to consumers that the

2

soups are "loaded with extreme amounts of tender, lean meat," as stated on the label of the Beef Stew variety of Campbell's® Chunky™ Fully Loaded soups. The "fully-loaded" line of soups include beef stew, Stroganoff-style beef, turkey pot pie, and rigatoni with meatballs.

9.    The term "fully loaded" always appears in the middle of Campbell Soup's soup labels, directly below Campbell Soup's distinctive and famous house mark CAMPBELL'S® and trademark CHUNKY™, so that the branding and designation appears as CAMPBELL'S CHUNKY FULLY LOADED.   A copy of a Web page with Campbell Soup's fully loaded line of goods is attached hereto as Exhibit A.

10.    National Harvest owns U.S. Registration No. 2,696,557 (hereinafter, the "'557 Registration") for the mark FULLY LOADED for use on or in connection with "baked potato toppings composed primarily of cheese, dairy products and proteins."

11.    Upon information and belief, National Harvest has been using FULLY LOADED as a variety designation on its BAKERS EXPRESS line of frozen, prepared baked potato side dishes and entrees. National Harvest's BAKERS EXPRESS line includes the following varieties: "Cheddar & Bacon Baked Potatoes," "Four Cheese Baked Potatoes," and "Fully Loaded Baked Potatoes". National Harvest's variety designations appear on a call-out box that is placed off center, below a bold, red banner containing the word "BAKERS" followed by "EXPRESS".   A copy of a Web page with National Harvest's BAKERS EXPRESS line of frozen foods is attached hereto as Exhibit B.  Upon further information and belief, National Harvest sells its BAKERS EXPRESS line of frozen, prepared baked potato side dishes in interstate commerce and throughout the United States.

12.    On January 24, 2008, National Harvest, through its attorneys, sent Campbell's counsel a letter asserting protectable trademark rights in FULLY LOADED, alleging that

900200.00001/40173358v.1

"Campbell's prominent use of the Mark is highly likely to cause confusion as to the source and/or sponsorship of its goods and falsely suggests a connection to National Harvest" and the possibility of reverse confusion, and demanding that Campbell either "immediately cease all use of the FULLY LOADED mark" or "agree to take a license from National Harvest." National Harvest also demanded Campbell's written assurances of its intent to cooperate "on or before 5:00 p.m. on Friday, February 1, 2008." A copy of National Harvest's cease and desist letter is attached hereto as Exhibit C.

13.     Consumers are not likely to confuse the source of Campbell's® Chunky™ Fully Loaded line of soups with the source of Defendant's BAKER'S EXPRESS fully-loaded variety baked potatoes.

14.     Upon information and belief, National Harvest has not and is not using its '557 Registration and/or FULLY LOADED Mark on or in connection with its applied-for goods, and is using same in a generic sense, namely to describe a quality or characteristic of the frozen baked potato products.

## COUNT I: DECLARATORY JUDGMENT

15.     Campbell's hereby repeats and incorporates by reference all the allegations set forth in paragraphs 1-14.

16.     As described above, there exists an actual and justiciable controversy between Plaintiff Campbell and Defendant National Harvest as to the scope and extent of the parties' rights in their respective uses of "fully loaded," particularly as to whether the use by Campbell of "fully loaded" as a variety designation infringes Defendant's purported rights and whether Defendant has valid, enforceable rights in the FULLY LOADED mark.

4

17.     Pursuant to 28 U.S.C. § 2201 and Fed. R. Civ. P. Rule 57, Campbell is entitled to a judgment declaring that its use of "fully loaded" as a variety designation for its CAMPBELL'S® CHUNKY™ line of soups does not infringe National Harvest's purported FULLY LOADED mark, as National Harvest is not using "fully loaded" as a trademark and consumer confusion between Campbell's and National Harvest's use of "fully loaded" is unlikely.  Campbell is also entitled to judgment declaring that National Harvest's purported '557 Registration and FULLY LOADED mark are invalid, and that the '557 Registration should be cancelled pursuant to 15 USC § 1119.

WHEREFORE, Campbell respectfully requests that this Court enter judgment as follows:

(a)     Declaring that the use by Campbell, Campbell's affiliates and those acting through Campbell of "fully loaded" as a variety designation is not trademark use;

(b)     Declaring that the use by Campbell, Campbell's affiliates, and those acting through Campbell of "fully loaded" as a variety designation qualifies as a fair use of this term;

(c)     Declaring that the use by Campbell, Campbell's affiliates and those acting through Campbell of the term "fully loaded" as a variety designation is not an infringement of National Harvest's purported '557 Registration and FULLY LOADED mark;

(d)     Declaring that National Harvest's '557 Registration and FULLY LOADED mark are invalid;

(e)     Cancelling National Harvest's '557 Registration pursuant to 15 USC § 1119;

5

(f)    Declaring that National Harvest is estopped from asserting that Campbell, Campbell's affiliates and those acting through Campbell have engaged in trademark infringement;

(e)    Awarding Campbell its costs, including reasonable attorneys' fees; and

(f)    Awarding Campbell such other and further relief as this Court deems just and proper.

Respectfully submitted,

BLANK ROME LLP

By: _____
    Thomas P. Preston (I.D. 2548)
    Chase Manhattan Centre
    1201 Market Street, Suite 800
    Wilmington, DE 19801
    Tel: 302.425.6400
    Fax: 302.425.6464

    Attorneys for Plaintiffs
    CSC Brands LP and
    Campbell Soup Company

**OF COUNSEL:**

Ira J. Levy
Kathryn A. Starnella
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Tel.: 212.813.8800
Fax: 212.355.3333

Dated: February 6, 2008

900200.00001/40173358v.1

**EXHIBIT A**

HEALTHY REQUEST
CHILI
MICROWAVABLE BOWLS
BEEF
POULTRY & CHOWDERS
HAM & CHOWDERS
VEGETABLE & PASTA
CHUNKY
FULLY
LOADED
BEEF
STEW
Packed, crammed and jammed with extreme amounts of meat! Chunky Fully Loaded takes soup to the next level.
SCROLL TO SEE ALL PRODUCTS
CHUNKY
CHUNKY
CHUNKY
CHUNKY

©2007 CSC Brands LP All rights reserved. Legal | Allergen Labeling | Privacy Policy | Contact Us
©2007 NFL Properties LLC. Team names/logos are trademarks of the teams indicated.
All other NFL related trademarks are trademarks of the National Football League.

The Official Soup and Chili Sponsor of the NFL

**EXHIBIT B**

HOME    CONTACT US





**BAKERS EXPRESS™,**
**Baked Potato Side Dishes**

Great as a convenient lunch or as a side dish to
any meal, BAKERS offers one of the most
popular foods, the Loaded Potato. Just
microwave one potato for 4 minutes, and you
have a restaurant quality meal.

BAKERS are now available in two styles. Whole
baked potatoes split down the middle and loaded
with a perfect blend of toppings, and our NEW
Twice Baked Potatoes, over-stuffed with flavor.
Say NO to rehydrated potato flakes, and pick up
some BAKERS.

Head to your favorite supermarket and ask for
the better potatoes, BAKERS Express™.



About Us    Consumer    Food Service    Idaho Potatoes    Contact Us

**EXHIBIT C**

# NIXON PEABODY LLP
### A T T O R N E Y S   A T   L A W

100 Summer Street
Boston, MA 02110-2131
(617) 345-1000
Fax: (617) 345-1300

Michelle A. Massicotte, Esq.
Direct Dial: (617) 345-1341
Direct Fax: (866) 672-0455
E-Mail Address: mmassicotte@nixonpeabody.com

January 24, 2008

**FOR DISPUTE RESOLUTION PURPOSES ONLY**
**MAY NOT BE USED FOR ANY LITIGATION PURPOSE OTHER THAN NOTICE**

## VIA E-MAIL AND OVERNIGHT MAIL

Jennifer C. Debrow, Esq.
Gray Plant Mooty
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Jennifer.debrow@gpmlaw.com

     Re: Infringement of the registered trademark FULLY LOADED®

Dear Ms. Debrow:

     This firm represents National Harvest Food Group, LLC ("National Harvest") in trademark and related intellectual property matters.

     National Harvest owns U.S. Registration No. 2696557 of the mark FULLY LOADED in connection with "baked potato toppings composed primarily of cheese, dairy products and proteins" in International Class 29 ("Reg. No. '557"). Our client's mark FULLY LOADED (the "Mark") has been federally registered since 2003 and it has been used in commerce in connection with baked potato entrées, toppings, and related food items at least 2002. National Harvest has expended substantial funds in the promotion of its FULLY LOADED® brand of food products and use of the Mark for over five years has generated substantial good will among consumers.

     It has come to our client's attention that CSC Brands L.P. and Campbell's Soup Company (collectively "Campbell") have begun recently to use the Mark in connection with the "Chunky" line of soups. Campbell's use of the Mark has been found online (*see* www.chunky.com) and in supermarkets.

10879603.1

Jennifer C. Debrow, Esq.
January 24, 2008
Page 2

Campbell has adopted a trademark that is identical to our client's federally registered mark, and Campbell is using the Mark to identify products that are closely related to our client's products. A review of Campbell's website, as well as other federal registrations owned by Campbell, indicates that Campbell is engaged in the sale of not only soups but also frozen entrées that include potatoes *(see, e.g.* U.S. Registration Nos. 1856133, 2069011, and others; *see also* www.campbellsoup.com). Moreover, a general search of the U.S. Patent and Trademark Office database shows over 500 records for both "soup" and "potatoes," which suggests a strong bridging of the gap between the two food categories. Finally, there is a clear overlap in the channels of trade for our respective clients' goods.

Campbell's prominent use of the Mark is highly likely to cause confusion as to the source and/or sponsorship of its goods and falsely suggests a connection to National Harvest. Alternatively, there is the possibility of reverse confusion between National Harvest and Campbell, which would severely diminish our client's ability to maximize its proprietary trademark rights. Campbell's conduct constitutes trademark infringement, unfair competition, and false designation of origin in violation of Sections 32 and 43(a) of the Lanham Act.

On behalf of National Harvest, we request that Campbell either: (1) immediately cease all use of the FULLY LOADED® mark and any other confusingly similar marks; or (2) agree to take a license from National Harvest.

We look forward to receiving written assurances of Campbell's intention to cooperate on or before 5:00 p.m. on **Friday, February 1, 2008** so that we may resolve this matter amicably.

This letter is written without prejudice to National Harvest, and National Harvest expressly reserves all rights and remedies available to it under state and federal law.

Very truly yours,

Michelle A. Massicotte, Esq.

cc:    Jason C. Kravitz, Esq.

10879603.1

NIXON PEABODY LLP

&#42; JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
CSC Brands, LP and Campbell Soup Company

### DEFENDANTS
National Harvest Food Group, LLC.,

**(b)** County of Residence of First Listed Plaintiff    New Castle County, DE
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Thomas P. Preston, Blank Rome LLP, Chase Manhattan Centre, 1201 Market St., Ste. 800, Wilmington, DE 19801 (302-425-6400).  See attachment for more.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 2201(a), 15 USC 1051, et. seq.
Brief description of cause:
Declaratory judgment of non-infringement of a trademark

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____    DOCKET NUMBER _____

DATE  2/6/08

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**Attachment to Civil Cover Sheet for CSC Brands, LP and Campbell Soup Company v. National Harvest Food Group, LLC.**

Addendum to Section I(c):

Of Counsel for Plaintiffs:
Ira J. Levy
Kathryn A. Starnella
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800