UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CSC BRANDS, LP and<br>CAMPBELL SOUP COMPANY,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONAL HARVEST FOOD GROUP,<br>LLC.,<br><br>      Defendant. | Civil Action No.: 1:08-cv-79 |

## PLAINTIFFS CSC BRANDS, LP'S AND CAMPBELL SOUP COMPANY'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, CSC Brands, LP states that it is a wholly owned subsidiary of Campbell Soup Company.

Plaintiff Campbell Soup Company states that it has no parent corporations and that no publicly held corporation owns 10% or more of its stock.

                                        Respectfully submitted,

                                        BLANK ROME LLP

                                        By: _____
                                        Thomas P. Preston (I.D. 2548)
                                        Chase Manhattan Centre
                                        1201 Market Street, Suite 800
                                        Wilmington, DE 19801
                                        Tel: 302.425.6400
                                        Fax: 302.425.6464

                                        Attorneys for Plaintiffs
                                        CSC Brands LP and
                                        Campbell Soup Company

**OF COUNSEL:**

Ira J. Levy
Kathryn A. Starnella
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York  10022
Tel.:  212.813.8800
Fax:  212.355.3333

Dated:  February 6, 2008