UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CSC BRANDS, LP and<br>CAMPBELL SOUP COMPANY,<br><br>            Plaintiff,<br><br>            v.<br><br>NATIONAL HARVEST FOOD GROUP,<br>LLC,<br><br>            Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:08-cv-79 (GMS) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Kathryn A. Starnella to represent Plaintiff in this matter.

                                                    BLANK ROME LLP

                                                    By: _____
                                                        Thomas P. Preston, Esquire
                                                        I.D. No. 2548
                                                        Chase Manhattan Centre
                                                         1201 Market Street, Suite 800
                                                         Wilmington, DE 19801
                                                         Phone: (302) 425-6478
                                                         Fax:   (302) 425-6464\

                                                         *Attorneys for Plaintiff*
                                                         *CSC Brands, LP and*
Dated: May 30, 2008                         *Campbell Soup Company*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and Connecticut, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: May 29, 2008        Signed: _____
                                  Kathryn A. Starnella
                                  Goodwin Procter LLP
                                  The New York Times Building
                                  620 Eighth Avenue
                                  New York, New York 10018-1405

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CSC BRANDS, LP and<br>CAMPBELL SOUP COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL HARVEST FOOD GROUP,<br>LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:08-cv-79 (GMS) |

**PROPOSED ORDER**

IT IS HEREBY ORDERED that counsel's Motion For Admission *Pro Hac Vice* of

Kathryn A. Starnella is GRANTED.


Date: _____      _____
                                                                                    United States District Judge

# CERTIFICATE OF SERVICE

I, Thomas P. Preston, hereby certify that on the 30th day of MAY, 2008, I electronically served the foregoing upon the following counsel:

Jason C. Kravitz, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110

_____
Thomas P. Preston
I.D. No. 2548