AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

CSC Brands, LP and
Campbell Soup Company

V.

National Harvest Food Group, LLC.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   1:08-cv-79

TO: (Name and address of Defendant)

c/o National Harvest Food Group, LLC
Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808
    Its Registered Agent

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas P. Preston
BLANK ROME LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              2/7/08
_____    _____
CLERK                                        DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  5/30/08 |
| NAME OF SERVER (PRINT)  PATRICK BOYER | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served National Harvest Food Group, LLC by serving the registered agent, The Corporation Service Co. at 2711 Centerville Rd, Wilm DE 19808 at 3:05 pm, person accepting, Mary Drummond - Section Head

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/30/08
           Date

Signature of Server: Patrick J. Boyer

Address of Server: 230 N Market St, Wilm DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.