UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CSC BRANDS, LP and<br>CAMPBELL SOUP COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL HARVEST FOOD GROUP,<br>LLC.,<br><br>　　　　Defendant. | Civil Action No. 1:08-cv-79 (GMS) |

## STIPULATION TO EXTEND TIME

Plaintiffs, CSC Brands, LP and Campbell Soup Company, and Defendant, National Harvest Food Group, LLC, hereby stipulate and agree, subject to the approval of the Court, to an extension of time for Defendant to answer, move or otherwise respond to the Complaint filed in this action shall be extended through and including July 9, 2008.

BLANK ROME LLP                                COZEN O'CONNOR

BY: _____                   BY: _____

Elizabeth Sloan (DE # 5045)                   David A. Felice (DE #4090)
1201 N. Market Street, Suite 800              1201 North Market Street
Wilmington, DE  19801                         Wilmington, Delaware 19801
(302) 425-6400                                302-295-2000
*Attorneys Plaintiffs*                        *Attorneys for Defendant*
*CSC Brands, LP and Campbell Soup Company*    *National Harvest Food Group, LLC*

IT IS SO ORDERED.

DATED: _____              _____
                                    UNITED STATES DISTRICT JUDGE