UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CSC BRANDS, LP and<br>CAMPBELL SOUP COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL HARVEST FOOD GROUP,<br>LLC.,<br><br>Defendant. | Civil Action No. 1:08-cv-79 (GMS) |

## STIPULATION TO EXTEND TIME

Plaintiffs, CSC Brands, LP and Campbell Soup Company, and Defendant, National Harvest Food Group, LLC, hereby stipulate and agree, subject to the approval of the Court, to an extension of time for Defendant to answer, move or otherwise respond to the Complaint filed in this action shall be extended through and including July 9, 2008. The parties agree to the extension to allow Defendant sufficient time to fully investigate and respond to the asserted claims and to permit the parties to discuss an amicable resolution to the litigation.

| | |
|---|---|
| BLANK ROME LLP | COZEN O'CONNOR |
| BY: ___/s/ Elizabeth Sloan___ | BY: ___David A. Felice___ |
| Elizabeth Sloan (DE # 5045)<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>(302) 425-6400<br>*Attorneys Plaintiffs*<br>*CSC Brands, LP and Campbell Soup Company* | David A. Felice (DE # 4090)<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 295-2000<br>*Attorney for*<br>*National Harvest Food Group, LLC* |

**IT IS SO ORDERED.**

DATED: _____        _____
                           UNITED STATES DISTRICT JUDGE

022435.00622/40174948v.1