Int. Cl.: 29

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,696,557

Registered Mar. 11, 2003

## TRADEMARK
PRINCIPAL REGISTER

## FULLY LOADED

NATIONAL HARVEST, LLC (KANSAS LIMITED LIABILITY COMPANY)
912 BALTIMORE AVENUE
SUITE 420
KANSAS CITY, MO 64105

FOR: BAKED POTATO TOPPINGS COMPOSED PRIMARILY OF CHEESE, DAIRY PRODUCTS AND PROTEINS, IN CLASS 29 (U.S. CL. 46).

FIRST USE 3-11-2002; IN COMMERCE 3-11-2002.

SN 76-331,165, FILED 10-29-2001.

KENNETH D. BATTLE, EXAMINING ATTORNEY





© 2007 CSC Brands LP All rights reserved.　Legal　|　Allergen Labeling　|　Privacy Policy　|　Contact Us

© 2007 NFL Properties LLC. Team names/logos are trademarks of the teams indicated.
All other NFL related trademarks are trademarks of the National Football League.