IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CSC BRANDS, LP and<br>CAMPBELL SOUP COMPANY,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONAL HARVEST FOOD GROUP, LLC,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-79-GMS<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant National Harvest Food Group LLC ("National Harvest"), through its counsel, hereby states that CCP Innovative Food Brands LLC is the parent corporation of National Harvest (a private nongovernmental party) via a series of limited partnerships where the general partner is Creo Capital Partners II LLC. No publicly held corporation owned 10% or more of National Harvest's stock.

Dated: July 9, 2008

                                    /s/ David A. Felice
                                  David A. Felice (# 4090)
                                  Cozen O'Connor
                                  1201 North Market Street, Suite 1400
                                  Wilmington, DE 19801
                                  Telephone: (302) 295-2000
                                  Facsimile: (302) 295-2013
                                  Email: dfelice@cozen.com
                                  *Attorneys for Defendant*

*Of Counsel:*
Jason C. Kravitz, Esquire
Gina M. McCreadie, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CSC BRANDS, LP and<br>CAMPBELL SOUP COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL HARVEST FOOD GROUP, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 08-79-GMS<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on July 9, 2008, I electronically filed the foregoing *Defendant's Rule 7.1 Disclosure Statement* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Thomas P. Preston, Esquire
> Blank Rome LLP
> 1201 North Market Street, Suite 800
> Wilmington, DE 19801

> /s/ David A. Felice
> David A. Felice (# 4090)
> Cozen O'Connor
> 1201 North Market Street, Suite 1400
> Wilmington, DE 19801
> Telephone: (302) 295-2000
> Facsimile: (302) 295-2013
> *Attorneys for Defendant*

WILMINGTON\79739\1 224155.000