UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CSC BRANDS, LP and<br>CAMPBELL SOUP COMPANY,<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL HARVEST FOOD GROUP,<br>LLC.,<br><br>        Defendant. | Civil Action No. 1:08-cv-79 (GMS) |

## STIPULATION TO EXTEND TIME

Plaintiffs, CSC Brands, LP and Campbell Soup Company, and Defendant, National Harvest Food Group, LLC, hereby stipulate and agree, subject to the approval of the Court, to an extension of time for Plaintiffs to answer, move or otherwise respond to Defendant's Answer to Complaint and Counterclaim filed in this action shall be extended through and including August 18, 2008. The parties agree to the extension to allow Plaintiffs sufficient time to fully investigate and respond to the asserted claims and to permit the parties to discuss an amicable resolution to the litigation.

BLANK ROME LLP                                COZEN O'CONNOR


BY:  /s/ Elizabeth Sloan                      BY:  David A. Felice

Elizabeth Sloan (DE # 5045)                   David A. Felice (DE # 4090)
1201 N. Market Street, Suite 800              1201 North Market Street
Wilmington, DE 19801                          Wilmington, DE 19801
(302) 425-6400                                (302) 295-2000
*Attorneys Plaintiffs*                        *Attorney for*
*CSC Brands, LP and Campbell Soup Company*    *National Harvest Food Group, LLC*


**IT IS SO ORDERED.**


DATED: _____              _____
                                   UNITED STATES DISTRICT JUDGE